

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-83,801-01; WR-83,801-02

### EX PARTE MATTHEW KENNON MERCER, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W380-80046-10-HC & W380-80047-10-HC
### IN THE 380TH DISTRICT COURT FROM COLLIN COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: March 16, 2016
DO NOT PUBLISH